UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTINE R. REDNOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cv-00320-SEB-DKL |
| | ) | |
| WAYNE TOWNSHIP, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Clerk of the Court is directed to receive settlement checks in the above-captioned cause on Monday, November 30, 2015 from a representative of Ferguson and Ferguson law firm.

The Clerk will hold these checks for eight (8) days and will release these checks to Kevin Betz or Sandra Blevins of Betz and Blevins law firm after the eight-day holding period, not before December 8, 2015.

A copy of this order must be presented upon delivery/receipt of the checks at the United States District Court Clerk's Office, Room 105, United States Courthouse, Indianapolis, Indiana. The checks will be retained and released by Laura Briggs, the Clerk of the Court.

SO ORDERED.

11/30/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system